IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| JANET PATTERSON, | ) | |
|---|---|---|
| | ) | Case No. _____ |
| Plaintiff, | ) | |
| | ) | Judge: _____ |
| V. | ) | |
| | ) | Magistrate: _____ |
| SAFECO INSURANCE COMPANY OF AMERICA, | ) | Jury Demand |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL OF CIVIL ACTION

Comes now the Defendant, Safeco Insurance Company of America (hereinafter referred to as "Safeco"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and hereby gives Notice of Removal of this Civil Action from the Chancery Court for Davidson County, Tennessee, to the United States District Court for the Middle District of Tennessee, and states as follows:

1. On or about September 15, 2010, Plaintiff, Janet Patterson, filed a Complaint against Safeco Insurance Company of America in the Twentieth Judicial District of Tennessee, Chancery Court of Davidson County, under Case Number 10-1514-I, a copy of which is attached hereto as "Exhibit A."

2. On September 23, 2010, the Corporation Service Company, 300 Deschutes Way, SW, Suite 304, Tumwater, Washington 98501, received service of process via certified mail, transferring the Summons and Complaint to the duly authorized registered agent for service of process. Corporation Service Company subsequently processed said Summons and Complaint on September 24, 2010. As of October 21, 2010, the Davidson County Chancery Court Clerk &

Master had not received a return of the Summons. No proceedings on the Complaint have transpired in the Davidson County Chancery Court.

3. In a case such as this one, the U. S. District Court has jurisdiction "where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between – (1) citizens of different States;" 28 U.S.C. § 1332(a).

4. The Plaintiff, Janet Patterson, is, and was at all times relevant to this action, a resident and citizen of Sumner County, Tennessee.

5. Safeco Insurance Company of America is incorporated in Washington, with its principal place of business in Seattle, Washington, and is licensed and authorized to do business in the State of Tennessee.

6. The Complaint filed by Plaintiff, Janet Patterson, seeks damages related to the alleged breach of contract for insurance, demanding compensation for real and personal property, violation of the bad faith provisions of the <u>Tennessee Code</u>, pre-judgment interest, all additional living expenses incurred by the Plaintiff, damages amassed as a result of leaving the property in a "state of disrepair," rental value, consequential damages, discretionary costs, post-judgment expenses, costs, expenses, and attorney's fees associated with this litigation, and further relief to which Plaintiff may be entitled, in significant excess of the sum or value of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

7. There is a complete diversity of citizenship between Plaintiff, Janet Patterson, and Defendant, Safeco Insurance Company of America, and the amount in controversy in this case, exclusive of interests and costs, easily exceeding the Seventy-Five Thousand and 00/100 Dollar ($75,000.00) threshold. This Court has original jurisdiction of this case pursuant to 28 U.S.C. § 1332.

8. Safeco Insurance Company of America has filed a copy of this Notice with the Chancery Court for Davidson County, Tennessee, and has also served a copy on the attorney for the Plaintiff, Janet Patterson, Mr. Timothy W. Burrow.

9. Counsel for Safeco Insurance Company, Michele E. Cooper, is duly licensed to practice in the United States District Court for the Middle District of Tennessee, and is an attorney in Good Standing with the Middle District.

WHEREFORE, Defendant, Safeco Insurance Company of America, requests this action be removed from the Chancery Court for Davidson County, Tennessee, to the United States District Court for the Middle District of Tennessee, at Nashville.

We respectfully demand a jury of six (6) to hear this matter.

**Respectfully submitted,**

**MILLS & COOPER**

_/s/ Michele E. Cooper_
MICHELE E. COOPER, BPR # 17312
5042 Thoroughbred Lane, Suite A
Brentwood, TN 37027
(615) 221-8218

**ATTORNEY FOR DEFENDANT,**
**SAFECO INSURANCE COMPANY OF AMERICA**

## CERTIFICATE OF SERVICE

I hereby certify on this, the 22nd day of October, 2010, a true and exact copy of the foregoing was sent via first class mail, postage prepaid, and via electronic transfer/email to the following:

Timothy W. Burrow
Attorney for Plaintiff
1700 Hayes Street
Suite 202
Nashville, TN 37203
EMAIL: burrowtim@cs.com

_____
MICHELE E. COOPER