IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JANET PATTERSON            )
                           )        No. 3-10-0996
v.                         )
                           )
SAFECO INSURANCE COMPANY OF )
AMERICA                    )

## O R D E R

Counsel for the parties shall convene a telephone conference call with the Court on **Tuesday, July 5, 2011, at 4:00 p.m.,** to be initiated by defendant's counsel, to address the plaintiff's motion to extend scheduling deadlines and to allow additional discovery (Docket Entry No. 65), and other scheduling issues.

Prior to the July 5, 2011, conference call, the defendant shall serve any additional documents responsive to the written discovery already served by the plaintiff to which the defendant does not assert any objection.[1]

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[1] In the defendant's response (Docket Entry No. 68) to the plaintiff's motion, the defendant indicated that there "may be additional documents that Defendant produces . . . ."