IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANET PATTERSON, | ) |
| | ) Civil Action 3-10-CV-000996-001 |
| Plaintiff, | ) |
| | ) Judge Nixon |
| v. | ) |
| | ) Magistrate Judge Griffin |
| SAFECO INSURANCE COMPANY OF AMERICA, | ) |
| | ) |
| | ) |
| Defendant | ) |

## ORDER OF DISMISSAL

Comes Janet Patterson, by and through counsel, and represents that all matters, issues and controversies by and between the Plaintiff and Defendant have been compromised and settled to the mutual satisfaction of the parties.

It is THEREFORE, ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice.

ENTERED this _____ day of _____, 2012.

_____
JUDGE

APPROVED FOR ENTRY:


/s/   Timothy W. Burrow
Timothy W. Burrow, BPR No. 017280
Burrow & Cravens, P.C.

1

1700 Hayes St., Ste. 202
Nashville, TN 37203
Telephone: 615-252-2502
Attorney for Janet Patterson

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing has been served, via the method(s) indicated below, on all counsel:

( ) Hand  ( ) Mail  ( ) Fax  ( ) Fed. Ex.  ( ) E-mail  ( X ) Electronic

John R. Wingo, Esq.
Kevin P. Hartley, Esq.
Stites & Harbison
401 Commerce Street, Suite 800
Nashville, Tennessee 37219
Attorney for Safeco Insurance Company of America

This 15th day of April, 2012.

    /s/ Timothy W. Burrow
    Timothy W. Burrow