IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JANET PATTERSON )
 ) No. 3-10-0996
v. )
 )
SAFECO INSURANCE COMPANY OF )
AMERICA )

O R D E R

The parties have advised the Court that they have reached a full settlement in this case. As a result, this case is DISMISSED with prejudice, and the trial, scheduled on May 22, 2012, is CANCELLED.[1]

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[1] On May 15, 2012, the plaintiff filed a Notice of Voluntary Dismissal with Prejudice (Docket Entry No. 145). However, that notice is not self-executing since it is not in accord with Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.